# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  )
    v.     )    CR NO: 2:12-cr-00004-TLN
    )

JAVIER FLORES-NAVARRETTE

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **JAVIER FLORES-NAVARRETTE**

Detained at (custodian): **Folsom State Prison**

Detainee is:   a.)   ☒ charged in this district by:
    ☒ Indictment   ☐ Information   ☐ Complaint
    Charging Detainee With: **Deported Alien Found in the United States**

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐ return to the custody of detaining facility upon termination of proceedings
or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Nirav Desai
Printed Name & Phone No: **NIRAV DESAI/916-554-2716**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

July 1, 2013     /s/ Kendall J. Newman
Date     United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Javier Flores | Male ☒ | Female ☐ |
| Booking or CDC #: | AF6141 | DOB: | 10/23/76 |
| Facility Address: | 300 Prison Road | Race: | |
| | Represa, CA 95671 | FBI #: | |
| Facility Phone: | 916-985-2561 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____
    (Signature)

Form Crim-48     Revised 11/19/97